UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BILEK and MARY BILEK,<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA N.A., for itself and as successor to COUNTRYWIDE BANK FSB and COUNTRYWIDE HOME LOANS SERVICING LP, REAL TIME RESOLUTIONS, INC. and AMERICAN HOME MORTGAGE SERVICING, INC.<br><br>    Defendants. | Civil Action No. 07-C-04147 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiffs Christopher and Marie Bilek (collectively "Plaintiffs") and defendant Bank of America, N.A., sued in its own name and improperly used as "successor to Countrywide Bank, F.S.B. and Countrywide Home Loans Servicing, L.P.," ("Bank of America") hereby jointly stipulate to the dismissal of Plaintiffs' Second Amended Complaint and above-captioned action in its entirety as to all claims against Bank of America *with prejudice*, without costs and fees, and waiving all rights of appeal as to Bank of America.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CHRISTOPHER BILEK AND MARY BILEK | BANK OF AMERICA, N.A., |
| By their attorney, | By its attorney, |
| /s/ Keith J. Keogh<br>Keith J. Keogh<br>KEOGH LAW, LTD.<br>101 N. Wacker Dr., Ste. 605<br>Chicago, Illinois 60606<br>312.726.1092 (phone)<br>312.726.1093 (facsimile)<br>keith@keoghlaw.com | /s/ Howard L. Teplinsky<br>Howard L. Teplinsky (6197501)<br>BEERMAN SWERDLOVE LLP<br>161 North Clark Street, Suite 2600<br>Chicago, Illinois 60601<br>312.621.9700 (phone)<br>312.621.0909 (facsimile)<br>hteplinsky@beermanlaw.com<br><br>OF COUNSEL:<br>Brook L. Ames<br>GOODWIN PROCTER LLP<br>53 State Street<br>Boston, MA 02109<br>617.570.1000 (phone)<br>617.523.1231 (facsimile)<br>bames@goodwinprocter.com |
| Dated: May 31, 2011 | Dated: May 31, 2011 |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF) and paper copies will be sent to those indicated as non-registered participants on June --, 2011.

Date: May 31, 2011

             //s/ Keith J. Keogh
             Keith J. Keogh